IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABDUR-RASHID MUHAMMAD, | |
| Petitioner, | 8:23CV00147 |
| vs. | |
| ROB JEFFREYS, Director of Nebraska Department of Correctional Services; | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the Court on a motion filed by Petitioner seeking an additional 90 days to file his response in opposition to Respondent's motion for summary judgment, beginning the day Petitioner receives his copy by the Nebraska State Penitentiary where he is current housed. Filing No. 13. As cause, Petitioner submits that due to the complex nature of his case he requires additional time to prepare his response. *Id.*

The Court notes that Petitioner's request for 90 days additional time to respond to a motion for summary judgment addressing only the issue of the timeliness of Petitioner's Petition and not the merit of his case is a rather large period to request. Filing No. 9; Filing No. 12. However, in the interest of allowing Petitioner enough time to fully address the issues set forth in the motion for summary judgment, the Court shall grant Petitioner's motion, to the extent the Court shall grant Petitioner 90 days from the date of entry of this Order to complete his response. However, Petitioner is apprised that the Court is not

inclined to grant any further motions by Petitioner for extensions of time to prepare his response to the motion for summary judgment absent a showing of exceptional circumstances.

IT IS THEREFORE ORDERED:

1. Petitioner's Motion, Filing No. 13 is GRANTED. Petitioner shall have until **December 6, 2023**, to file a response to the Motion for Summary Judgment.

2. The clerk's office is directed to set the following pro se case management deadline: **December 6, 2023**: check for Petitioner's brief in response to Motion for Summary Judgment.

Dated this 7th day of September, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court