IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABDUR-RASHID MUHAMMAD,

Petitioner,

vs.

ROB JEFFREYS, Director of Nebraska
Department of Correctional Services;

Respondent.

**8:23CV147**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's objection (the "Objection"). Filing No. 15. In his Objection Petitioner indicates that he was served with the Motion for Summary Judgment filed by Respondent on August 23, 2023, Filing No. 9, but that Respondent failed to serve him with the state court records, and Respondent's brief in support of the Motion for Summary Judgment, Filing No. 15 at 1, as required by this Court in its July 18, 2023, order, Filing No. 7 at 5.

IT IS THEREFORE ORDERED:

1.      Respondent must file a response to the Objection by **October 3, 2023**, by either:

    a.      Filing a certificate of service establishing Respondent has served Petitioner with of copies of the motion for summary judgment, the designation,

including state court records, and Respondent's brief in compliance with this Court's July 18 Order, OR

b.      Showing cause as to why Respondent has not served Petitioner with copies of the motion for summary judgment, the designation, including state court records, and Respondent's brief in compliance with this Court's July 18 Order.

2.      The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **October 3, 2023**: check for response to show cause order.

3.      The deadline for Petitioner to file his response to the motion for summary judgment is suspended.  The Court will reset the deadline for Petitioner to respond to the motion for summary judgment after Respondent has responded to this order.

Dated this 19th day of September, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court