IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABDUR-RASHID MUHAMMAD,<br><br>Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director of Nebraska Department of Correctional Services;<br><br>Respondent. | 8:23CV147<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on a motion filed by Petitioner seeking a 30-day extension of the September 6, 2024, deadline to respond to Respondent's Motion for Summary Judgment. Filing No. 24. As cause, Petitioner submits that due to his incarceration, the complexity of his case, and his limited access to the law library, he requires additional time to complete his brief. *Id.* at 1–2.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion, Filing No. 24, is **GRANTED**. Petitioner shall have until **October 3, 2024**, to file a response to Respondent's Answer.

2. The clerk's office is directed to set the following pro se case management deadline: **October 3, 2024**: check for Petitioner's brief in response to Respondent's Motion for Summary Judgment.

2

Dated this 3rd day of September, 2024.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge